## First Department, March Term, 1890.

The People of the State of New York *ex rel.* Donald McQuien, Appellant, v. The Theatrical Mechanical Association, Respondent. — Motion will not be considered under this order to show cause.

George P. Lawrence and others, Respondents, v. Jerome F. Manning and others, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

Michael H. Cashman, Respondent, v. Hugh M. Reynolds and others, Appellants.— Motion granted.

Cornelius B. Mitchell and others v. Alfred Oliver.— Motion denied, with ten dollars costs, to abide event of appeal.

The People of the State of New York v. The New York, New Haven and Hartford Railroad Company.—Motion granted.

George B. Inman and others, Appellants, v. John E. Corwin and others, Respondents. — The judgment should be modified so as to allow the complaint to be amended within ten days on payment of the costs of the demurrer and of this appeal, and affirmed as modified. Opinion by Brady, J.

In the Matter of the Last Will and Testament of Augustus Zerega, Deceased.— Motion denied. (Mem.)

In the Matter of the Accounting of Executors of Benjamin A. Kavanagh, Deceased.— (*In re Sisters of the Poor*.) No appeal having been taken to the Court of Appeals, this motion for a stay denied.

In the Matter of the Accounting of Executors of Benjamin A. Kavanagh, Deceased.— There has not as yet been such laches as would justify the dismissal of these appeals. Motion denied.

Robert W. Gleason, Respondent, v. Cornelius Morrison and others, Appellants.— Judgment and order affirmed. Opinion by Daniels, J.

Hugh Reavey, Appellant, v. Garrett D. Clark and others, Respondents.—Judgment affirmed. Opinion by Daniels, J.

The People of the State of New York *ex rel.* William H. Osborne, Appellant, v. Edward Gilon and others, Respondents. — Order affirmed, with ten dollars costs and disbursements of this appeal. Opinion by Brady, J.

William F. Kuntz v. C. C. White Company.— Motion denied.

In the Matter of Sarah Bertholf v. Alfred Carr, Executor. — Order reversed, with ten dollars costs and disbursements, and motion granted. Opinion by Van Brunt, P. J.

In the Matter of the Revocation and of the Last Will of Ann Voorhis, Deceased.— Motion for reargument denied, with costs. Opinion by Daniels, J.

Charles T. Russell and others, Respondents, v. Samuel W. Allerton, Appellant. — Reargument ordered on further briefs on points to be submitted in ten days after notice of this decision.

Blanche L. Andrews v. William C. Brewster. — Reargument ordered upon the question of damages.

The Metropolitan National Bank, Appellant, v. Mary E. Palmer and others, Executrices, etc., Respondents. — Judgment and order affirmed. Opinion by Daniels J.

Meredith Howland, Trustee, etc., Respondent, v. Louis M. Howland and others, Appellants. — Judgment modified as directed in opinion and affirmed as modified; the question of costs to be determined on settlement of the order. Opinion by Daniels, J.

Herman Geisenheimer v. Frank M. Simons and others. — Motion denied on appellant's stipulating to argue at May Term.

Thomas Cavanagh, as Administrator, etc., Appellant, v. The Oceanic Steamship Company,

Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Bartlett, J.

In the Matter of the Application of the Department of Public Parks, etc.

In the Matter of the Estate of Ann Bolton. — Motion denied,

Joseph O. Brown and others, Appellants, v. James Chesterman and others, Respondents.— Judgment affirmed, with costs. Opinion by Brady, J.

Chauncey St. John, Respondent, v. Howard W. Coates and others, Appellants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

## Decisions handed down March 28, 1890.

In the Matter of Earle Marks, an Attorney. — Referee's report confirmed.

Stephen M. Chester v. Francois Henry Jumel and others. — Motion denied, with ten dollars costs.

William H. W. Sistare and others v. Frederic P. Olcott, Receiver, etc. — Motion denied.

William F. Lennon, Appellant, v. Mary A. Stiles, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Brady, J.

In the Matter of Wright E. Post and others, Appellants, v. William M. Evarts, and others, Respondents — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

The People of the State of New York *ex rel.* John Davidson v. Edward Gilon and others, Assessors, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

The People of the State of New York *ex rel.* D. Willis James v. Edward Gilon and others, Assessors, etc. — Order affirmed, without costs. Opinion by Van Brunt, P. J.

Konrad Schmidt and others, Appellants, v. Rochester Lithographic and Printing Company, Respondent Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

The People of the State of New York v. Stephen Colleti. — The appeal is stricken from the calendar in order that the appellant may procure a properly certified copy of the record. (Mem.)

Albert L. David, Respondent, v. Charles F. David, Appellant, Impleaded, etc.— Judgment affirmed, without costs of the appeal. Opinion by Daniels, J.

In the Matter of John N. Blake, Appellant, v. Lilian H. Andrews, as Administratrix, etc., Respondent.— Order affirmed, with ten dollars costs and disbursements. Opinions by Brady and Daniels, JJ.

Grace Wygant, Executrix, etc., Respondent, v. Joseph M. Brown, Appellant.— Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Charles S. McCulloh, Receiver, etc., Respondent, v. Aeby & Co., Appellant, Impleaded, etc.— Order reversed, with usual costs and disbursements, and the attachment vacated. Opinions by Daniels, J., and Van Brunt, P. J.

William D. Cunningham and others, Respondents, v. Theodore Von Pustan and others, Appellants.— Order affirmed, with ten dollars costs of this appeal and disbursements. Opinion by Brady, J.

William R. Hynes and others, Appellants, v. Farmers' Loan and Trust Company, Respondent.— Judgment affirmed, with costs. Opinion by Brady, J.

Tradesmen's National Bank, Respondent, v. William H. Ertell and others, Appellants.— Judgment affirmed, with costs. Opinion by Van Brunt, P. J.